**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 02-61729-CIV-MORENO

ROBERT O. SAUNOOKE,

    Plaintiff,

vs.

SEMINOLE TRIBE OF FLORIDA,

    Defendant.
_____/



FILED by ___ D.C.
APR 07 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

THIS CAUSE came before the Court upon Motion of the Seminole Tribe of Florida to Dismiss for Lack of Subject Matter Jurisdiction **(D.E. No. 9)**, filed on **March 6, 2003**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. Plaintiff has failed to respond to the motion. S.D. Fla. L.R. 7.1(C). Accordingly, it is

**ADJUDGED** that the motion is GRANTED. Plaintiff's Complaint is DISMISSED <u>without prejudice</u> under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction based upon Defendant's immunity from suit under the doctrine of tribal sovereign immunity.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2003.

                                            FEDERICO A. MORENO
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:

Robert O. Saunooke, Esq.
**SAUNOOKE LAW FIRM, P.A.**
18620 S.W. 39th Court
Miramar, FL 33029

Donald A. Orlovsky, Esq.
**KAMEN AND ORLOVSKY, P.A.**
1601 Belvedere Road, Ste. 402-South
West Palm Beach, FL 33406